No. 81–1687. SONY CORPORATION OF AMERICA ET AL. v. UNIVERSAL CITY STUDIOS, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 457 U. S. 1116]; and

No. 81–2101. PENNHURST STATE SCHOOL AND HOSPITAL ET AL. v. HALDERMAN ET AL. C. A. 3d Cir. [Certiorari granted, 457 U. S. 1131.] Cases restored to calendar for reargument.